

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00290-CV

---

**CHRISTOPHER L. SANDOVAL, APPELLANT**

V.

**TEXAS DEPARTMENT OF PUBLIC SAFETY; J. C. VILLANUEVA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND MICHELLE FARRIS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, APPELLEES**

---

On Appeal from the 419th District Court
Travis County, Texas
Trial Court No. D-1-GN-18-005881, Honorable Dustin Howell, Presiding

---

December 30, 2021

## ORDER GRANTING STAY

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Pending before this Court is *Christopher L. Sandoval's Unopposed Motion for Stay of All Proceedings*, which requests that we stay further proceedings in light of the United State Supreme Court's granting of certiorari in *Torres v. Tex. Dep't of Pub. Safety*, No. 20-603, a cause presenting an identical sovereign immunity issue. To expedite the disposition of this appeal and in the interest of conservation of judicial resources, we grant said motion, stay further proceedings in the instant cause, and abate the cause itself. The

cause will be removed from this Court's active docket and treated as a suspended case. All appellate deadlines are hereby suspended until further order of this Court. *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2–3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam).

The parties are directed to file, within 90 days of this order and each ensuing 90 days, a written report describing both 1) the status and disposition, if any, of *Torres* and 2) all other developments, if any, that may require reinstatement of the appeal.

IT IS SO ORDERED.

Per Curiam